ABBIE K. RANBUSKA, as Administratrix of the Estate of OTTO RANBUSKA, Deceased, Respondent, *v.* ONTARIO KNIFE COMPANY, Appellant.

Argued February 24, 1941; decided March 13, 1941.

648

*James M. Cash* and *John Marshall Gorman* for appellant.
*William L. Clay* for respondent.

Appeal dismissed, with costs to respondent, on the ground that a question of discretion is involved which we cannot review. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.